AO 91 (Rev. 5/95) Criminal Complaint          FELONY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
*September 05, 2022*
Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

**V**

**CRIMINAL COMPLAINT**

**GAMEZ TAMEZ, CYNTHIA PAOLA**
A208 763 411
MEXICO

CASE NUMBER: B: 22 - 844 MJ

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 09/03/2022 in Cameron County, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted an illegal entry into the United States, using and possessing a document prescribed by stature or regulation as evidence of authorized stay, entry, or employment in the United States, after being previously deported, said defendant having not obtained the consent of the Attorney General and/or the Secretary of Homeland Security of the United States,

in violation of Title __18__ United States Code, Section(s) __1546 (a)__ ,
in violation of Title __8__ United States Code, Section(s) __1326 (a)__ .

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to make an illegal entry into the United States from Mexico through the Brownsville Gateway International Bridge in Brownsville, Texas. The defendant presented a Laser Visa Border Crossing Card bearing the name of MARCELA MARISOL GARCIA LOPEZ, and further claimed to be said person to a U.S. Customs and Border Protection Officer. In secondary, the defendant was determined to be a citizen and national of Mexico with no legal status to enter and/or be in the United States. An Immigration record check revealed that the defendant was last deported from the United States to Mexico on/or about February 19, 2016, through Brownsville, Texas.

Continued on the attached sheet and made a part hereof:   __ Yes   X No

Signature of Complainant
Ivan E. Leija CBPEO

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1

**September 05, 2022**                    at    **Brownsville, Texas**
Date                                              City and State

**RONALD G. MORGAN, U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                  Signature of Judicial Officer